UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
SERGEY KAMCHUGOV,

               Plaintiff,

   -against-

ALCOR SERVICE CORP. & IGOR TIKHONOV,

              Defendants.
-----------------------------X

O R D E R

CV-06-1085 (NGG)

An initial conference will be held in the above-captioned case on June 19, 2006 at 2:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York.  In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**.  All counsel must be present.

    **Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**.  No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
      March 14, 2006

                    _____
                      JOAN M. AZRACK
                  UNITED STATES MAGISTRATE JUDGE